**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARK HERICKHOFF
dba Herickhoff Farms,

Plaintiff,

vs. Cv 00-144 RHK/RLE

BONANZA VALLEY STATE BANK,

Defendant.

**NOTICE OF MOTION HEARING**

The Motion to Dismiss is scheduled for Wednesday, May 24, 2000, at 8:00 AM, before Judge Richard H. Kyle, in Duluth, Minnesota.

May 15, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED MAY 15 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK