**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mark Herickhoff, dba
Herickhoff Farms,

Plaintiff,

v.

Civ. No. 00-144/RHK/RLE
**ORDER**

Bonanza Valley State Bank,
and Randall Peterson, individually,

Defendants.

---

The Defendants' Motion to Dismiss will be deemed submitted for decision without oral argument as of May 24, 2000; the hearing on that date in Duluth, Minnesota is **CANCELED**.

May 22, 2000

RICHARD H. KYLE
United States District Judge

FILED MAY 22 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK