UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mark Herickhoff, d/b/a
Herickhoff Farms,

Civil No. 00-144 (RHK/RLE)

Plaintiff,

v.

**ORDER**

Bonanza Valley State Bank,

Defendant.

---

The above matter is referred to Magistrate Judge Raymond L. Erickson for an expedited settlement conference at such time and under such conditions as Judge Erickson shall direct.

Dated: July 13, 2000

RICHARD H. KYLE
United States District Judge

FILED JUL 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK