Cv. 00-144
RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls as of July 1, 2001.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: March 1, 2001.

MAR 0 1 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Mark Herickhoff<br>dba Herickhoff Farms | Thomas Lyons Jr. |
| | vs CV 00-144 RHK/RLE<br>Fergus Falls<br>Court | |
| | Bonanza Valley State Bank<br>Randall Peterson | Robert Stich<br>612-333-6251<br><br>Steven Schneider<br>218-727-6833<br><br>Stanley Parker<br>785-228-5736. |
| 2. | Dorothy Stroeing | James Jorgensen<br>320-252-1200 |
| | vs CV 00-882 RHK/RLE<br>Fergus Falls<br>JURY | |
| | Wal Mart Stores Inc. | Andrew Marshall<br>612-333-3000 |
| 3. | Nega Vahdat-Hagh | Thomas Lyons Jr.<br>6512-770-9707<br><br>Peter Barry<br>651-714-8800 |
| | vs CV 00-1029 RHK/JMM<br>JURY | |
| | OSI Collections Inc.<br>etal | James Roegge<br>612-338-0661 |

| | | |
|---|---|---|
| 4. | James Kinney | Gary Weissman<br>612-337-9519<br><br>Thomas Heffelfinger<br>612-339-7121 |
| | vs CV 97-1680 RHK/JMM<br>JURY | Linda MacLean<br>805-556-0232<br>Joan Humes<br>612-664-5600 |
| | Hennepin County Medical Center<br>etal | David Schultz<br>612-338-1838<br>Jay Christiansen<br>612-336-3000<br>Cory Carlson<br>612-348-5518 |
| 5. | Judith Potter<br><br>etal | Barry Reed<br>612-341-0400<br><br>Bruce Rasmussen<br>612-874-7071 |
| | vs CV 99-1298 RHK/JMM<br>JURY | |
| | Norwest Mortgage Inc.<br>etal | Mark Schroeder<br>651-223-6600 |
| 6. | Alexis M. Herman | Richard Kordys<br>312-353-4995 |
| | vs CV 99-1505 RHK/JMM<br>COURT | |
| | Fulfillment Systems Inc. | Joseph Colloton<br>612-347-0300 |