UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mark Herickhoff, d/b/a
Herickhoff Farms,

Plaintiff,

v.

Bonanza Valley State Bank,
and Randall Peterson, individually,

Defendants.

Civil No. 00-144 (RHK/RLE)

**AMENDED TRIAL NOTICE**

---

Trial in the above matter will begin on Tuesday, June 5, 2001 at 9:00 a.m. in Fergus Falls, Minnesota.

The following materials are to be **EXCHANGED AND FILED BY** May 22, 2001 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; responsive briefs to Motions in Limine shall be served and filed (in St. Paul) by May 28, 2001; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) by May 28, 2001. Copies of objected to exhibits and objected to deposition testimony shall be furnished

FILED APR 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

simultaneously to the Court. Responses to the Written Objections shall be served and filed (in St. Paul) by June 1, 2001.

Dated: April 17, 2001

RICHARD H. KYLE
United States District Judge