UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mark Herickhoff, d/b/a
Herickhoff Farms,

Plaintiff,

v.

Bonanza Valley State Bank,
and Randall Peterson, individually,

Defendants.

Civil No. 00-144 (RHK/RLE)

**AMENDED TRIAL NOTICE**

---

Defendant's Motion to Reinstate Trial Setting will be heard at 8:00 a.m. on April 27, 2001; Plaintiff shall file a written response to said Motion by April 25, 2001.

Pending resolution of the Motion, the Court's trial notice for June 5, 2001 remains in effect and the June 12 settlement conference will be rescheduled.

Dated: April 20, 2001

RICHARD H. KYLE
United States District Judge

FILED APR 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK