**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**
**FIFTH DIVISION**
**Case No.: 00-CV-144RHK/RLE**

Mark Herickhoff, dba,
Herickhoff Farms,

Plaintiff,

vs.

Bonanza Valley State Bank, and
Randall Peterson, individually,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE** AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorney, and Defendants, and their attorneys, that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

DATE: 6/14/01

Thomas J. Lyons, Jr. (#249646)
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
Telephone: 651-770-9707
Facsimile: 651-770-5830
Attorney for Plaintiff

DATE: 6-20-01

William F. Logan

William Logan, Esq.
714 Capitol Federal Building
700 Kansas Avenue
Topeka, KS 66603-3881
Telephone: 785-357-6311

J.D. Feriancek, Esq. (#238119)
800 Lonsdale Building
302 West Superior Street
Duluth, MN 55802
Telephone: 218-722-0073



FILED JUL 13 2001
RICHARD D. SLETTEN, CLERK

DATE: 6/25/01

Attorneys for Defendant Randall Peterson

Stanley R. Parker (KS #10971, NE 18224)
Deanne Watts Hay (KS #9197, NE 17189)
1129 SW Wanamaker Rd
Topeka, KS 66604-3806
Telephone: 785-228-5736
Facsimile: 785-228-5741

Steven W. Schneider (130795)
Providence Bldg., Suite 700
332 W. Superior St.
Duluth, MN 55802
Telephone: 218-727-6833
Facsimile: 218-727-4632

Attorneys for Defendant Bonanza Valley State Bank

DATE: 7-6-01

Robert Stich
250 Second Avenue South, Suite 120
Minneapolis, MN 55401
Telephone: 612-333-6251
Attorney for Defendants

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 7/13/01

Judge Richard Kyle
United States District Court